IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | CRIMINAL NO. 09-378-02 |
| | : | 09-378-03 |
| DIONI SANTIAGO-RODRIGUEZ and | : | |
| ORLANDO SUASTEGUI | : | |

# ORDER

AND NOW, this 28th day of May, 2010, upon consideration of the post-trial motions of Defendants Dioni Santiago-Rodriguez (Dkt. No. 112) and Orlando Suastegui (Dkt. No. 115) and the Government's response thereto (Ex. A, Dkt. No. 116), and for the reasons set forth in the accompanying memorandum of law, it is hereby ORDERED as follows:

1. Defendant Santiago-Rodriguez's post-trial motion to "reconsider its sentence and modify the sentence imposed upon the defendant" is DENIED;[1] and

2. Defendant Suastegui's post-trial motion to arrest judgment[2] and/or for a new trial is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II  J.

---

[1] The Court assumes that the request for relief in Defendant Santiago-Rodriguez's motion was made in error, and that he intended to seek a new trial under Fed. R. Crim. P. 33, rather than to request reconsideration of a sentence that has not yet been imposed.

[2] The Court assumes that the request to arrest judgment in Defendant Suastegui's motion was made in error, and that he intended to seek a judgment of acquittal under Fed. R. Crim. P. 29.